PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00172-MCE-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,390.00 IN U.S. CURRENCY, | |
| JUGGERNAUT JTE15 TACTICAL RIFLE, | |
| MOSSBERG 590 SHOTGUN, | |
| BLACK ACES TACTICAL PRO SERIES L SHOTGUN, | |
| GLOCK 19 PISTOL, AND | |
| SPRINGFIELD ARMORY 1911 PISTOL, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Robert Frandsen ("claimant"), appearing *in propria persona*, as follows:

1.      On or about April 11, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $14,390.00 in U.S. Currency (hereafter "defendant currency"), Juggernaut JTE15 Tactical Rifle, Mossberg 590 Shotgun, Black Aces Tactical Pro Series L Shotgun, Glock 19 Pistol, and Springfield Armory 1911 Pistol

(hereafter "defendant firearms") which were seized on January 13, 2021.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency and defendant firearms under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency and defendant firearms as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and defendant firearms and/or to obtain an indictment alleging that the defendant currency and defendant firearms are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is July 10, 2021.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 9, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and defendant firearms and/or to obtain an indictment alleging that the defendant currency and defendant firearms are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and defendant firearms and/or to obtain an indictment alleging that the defendant currency and defendant firearms are subject to forfeiture shall be extended to August 9, 2021.

Dated: 7/7/2021                                    PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                          By:      /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney


Dated: 7/7/2021                                    /s/ Robert Frandsen
                                                   ROBERT FRANDSEN
                                                   Potential Claimant
                                                   Appearing in propria persona
                                                   1182 Franklin Ave
                                                   Yuba City, CA 95991

                                                   (Signature authorized by phone)




**IT IS SO ORDERED**.

Dated:  July 16, 2021

                                                   MORRISON C. ENGLAND, JR.
                                                   SENIOR UNITED STATES DISTRICT JUDGE

3